FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GB AUCTIONS INC., a Washington corporation,<br><br>          Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Delaware corporation; and OLD REPUBLIC AEROSPACE INC., a Delaware corporation,<br><br>          Defendants. | No. 2:18-cv-00237-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 24, 2019, the parties filed a stipulated dismissal, ECF No. 83. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion to Dismiss, **ECF No. 83**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE - 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of October 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2